UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-21785-KMM

MARIO MARANON,

    Plaintiff,

v.

SCOTTSDALE INSURANCE CO,

    Defendant.
    _____/

**ORDER ON REPORT AND RECOMMENDATION**

    THIS CAUSE came before the Court upon Defendant Scottsdale Insurance Company's ("Defendant") Unopposed Motion to Tax Costs and for Attorney's Fees (ECF No. 52). The matter was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law and/or to issue a Report and Recommendation. (ECF No. 53). On December 1, 2022, Magistrate Judge Louis issued a Report and Recommendation, ("R&R") (ECF No. 56), recommending that the Motion be GRANTED IN PART. No objections to the R&R were filed, and the time to do so has now passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

    The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). The Court "must consider *de novo* any objection to the magistrate judge's recommendation." Fed. R. Crim. P. 59(b)(3). Yet when a party has failed to object to the magistrate judge's findings, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept

the recommendation." *See Keaton v. United States*, No. 14-CV-21230, 2015 WL 12780912, at *1 (S.D. Fla. May 4, 2015); *see also Lopez v. Berryhill*, No. 17-CV-24263, 2019 WL 2254704, at *2 (S.D. Fla. Feb. 26, 2019) (stating that a district judge evaluate[s] portions of the R & R not objected to under a clearly erroneous standard of review) (internal quotation marks omitted).

Defendant seeks $31,363.50 in fees for a total of 148.9 hours of attorney and paralegal time. R&R at 4. Defendant seeks fees at a rate of $105 per hour for paralegal time and $235-$260 per hour for attorney time. *Id*. In her Report and Recommendation, Magistrate Judge Louis recommends that Defendant's Motion be granted in part and that Defendant be awarded reasonable attorney's fees in the amount of $23,030.50. *Id*. at 3–9. In making this recommendation, Magistrate Judge Louis first found that the requested hourly rates are reasonable. *Id*. at 5. Then Magistrate Judge Louis reviewed the itemized time entries as provided by Defendant and deducted time for entries not meant to be included in attorney's fee awards, including those: (1) for administrative tasks, (2) for preparing summaries of deposition; (3) too vague to determine the necessity of the task, and (4) for duplicative entries. *Id*. at 7–8. The Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the R&R (ECF No. 56) is ADOPTED. Defendant's Motion for Bill of Costs (ECF No. 52) is GRANTED IN PART and Defendant is awarded $23,030.50 in attorney's fees.

DONE AND ORDERED in Chambers at Miami, Florida, this *23rd* day of January, 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:  All counsel of record